IT IS HEREBY ADJUDGED
and DECREED this is
DENIED.

Dated: September 22, 2009

_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

David S. Gingras, #021097
**Gingras Law Office, PLLC**
4072 East Mountain Vista Drive
Phoenix, AZ 85048
David.Gingras@webmail.azbar.org
Tel.: (480) 639-4996
Fax: (480) 668-3623

Attorneys for John/Jane Doe

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| GORILLA COMPANIES LLC, et al., | Case No. 02:09-bk-02898-RJH |
| Debtor. | Case Nos: 02:09-bk-02901-CGC<br>02:09-bk-02903-GBN<br>02:09-bk-02905-CGC |
| Filing applies to: | (Jointly Administered) |
| GORILLA COMPANIES LLC ☐ | **[PROPOSED]**<br>**ORDER GRANTING**<br>**CLARIFICATION/MODIFICATION OF**<br>**PROTECTIVE ORDER AND,**<br>**ALTERNATIVELY,**<br>**FOR EMERGENCY RELIEF FROM**<br>**ORDER** |
| PROFESSIONAL EVENT MANAGEMENT LLC ☐ | |
| GORILLA FUEL LLC ☐ | |
| BLUE ROOM CREATIVE LLC ☐ | |
| ALL DEBTORS, ☒ | |

This matter having come before the Court on Doe's Emergency Motion For Clarification/Modification of Protective Order and, alternatively Motion for Emergency Relief from Order, and the Court having considering the positions and arguments of the parties, and good cause appearing,

IT IS ORDERED granting Doe's motion for clarification/modification as follows: the protective order entered in this matter on June 3, 2009 (Doc. #171) precluding Debtor from obtaining Doe's identity from non-party DOMAINS BY PROXY, INC., is affirmed and shall be construed as protecting Doe's identity and precluding Debtor from obtaining Doe's true identity from Domains By Proxy or from any other source by any means

1 whatsoever unless and until Debtor complies with the terms of that order by filing a motion in this Court which satisfies the standards set forth in *Best Western Int'l, Inc. v. Doe*, 2006 WL 2091695 (D.Ariz. 2006) and *Mobilisa v. Doe*, 217 Ariz. 103, 170 P.3d 712 (App. 2007).

IT IS FURTHER ORDERED granting Doe's motion for relief from this Court's order dated August 26, 2009 (Doc. #314) pursuant to Fed. Bankr. R. 9024 and Fed. R. Civ. P. 60(b)(3) and 60(b)(6). The Court finds that for the reasons stated in Doe's motion, good cause exists for relief from the August 26, 2009 order as follows: that order is vacated in its entirety.

DONE IN OPEN COURT this ___ day of September 2009.



_____
Hon. Randolph J. Haines
United States Bankruptcy Judge

Gingras Law Office, PLLC
4072 E. Mountain Vista Dr.
Phoenix, AZ 85048
(480) 639-4996